Bellospirito v.DOJ   Case # 8:21-cv-00051 JVS (DFMx)   Document 6 Objection  filed      March 31, 2021

1 Frank Bellospirito
  C/O 9090 Moody ST. 254
2 Cypress, California Republic
  Email: fpbell@juno.com
3

```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               APR 2, 2021

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                        DEPUTY
```

4

5

6

7

8

9              UNITED  STATES  DISTRICT  COURT
              CENTRAL  DISTRICT  OF  CALIFORNIA
10                                    )  Case No.8:21-cv-00051-JVS (DFMx)
                                      )
11   Frank Bellospirito, Sui Juris    )  MOTION FOR  RECUSAL
                                      )
12                  Plaintiff         )  28 USC §455(a) Disqualification of
                                      )  Judge Selna, Bias
13   v.                               )
     Department of Justice,           )
14                  Defendant         )
                                      )
15   _____ )
                                      )

16      COMES NOW BEFORE THE HONORABLE COURT, Plaintiff, Frank

17   Bellospirito, in the above named caption, respectfully MOVES this court for a

18
     MOTION for Recusal of Judge Selna for reasons of bias, based on the following
19
     facts below. Filing in USDC so case will be remanded back to State Court, (trying
20
     to save time)
21

22   **Brief History:**

23
     IRS and its agents have destroyed and controlled my life. Each time I file a
24
     complaint in State Court of general jurisdiction the DOJ attorneys remand it to
25   "Diversity of Citizenship" Claim based on Article III, section 2 of the U.S. Constitution and 18 U.S.C. §241-
     Conspiracy against rights of citizens and 42 U.S.C §1983 Deprivation of civil rights,Under the U.S. / California
26   Constitution.
                                          1

Bellospirito v.DOJ   Case # 8:21-cv-00051 JVS (DFMx)   Document 6 Objection  filed          March 31, 2021

USDC of limited jurisdiction ( federal jurisdiction explained in court filing dated 2/25/2021), falsely presuming that Plaintiff is the person subject of controversy, is a "federal public officer", "federal employee", "federal agent", or "federal contractor" acting in a representative capacity under the laws of the parent corporation, which is the United States government. **28 U.S.C. §3002(15)(A)** defines the term "United States" to mean a federal corporation and not a geographical region.  **2nd**, Deliberately ignoring the "**Declaratory Judgment Act, 28 U.S.C. §2201(a)**, says federal courts do **NOT** have the authority to declare rights or status within the context of federal taxes. Do you see the BIAS, from Plaintiffs position. Can you please explain how Judge Selna can call a person a "taxpayer"(US Supreme Court does not support *[Long v. Rasmussen, 281 F. 236, 238 (1922)]  [Botta  v. Scrandon, 288 F 24, 504, 508 (1961)]),* who submits evidence under penalty of perjury proving that Plaintiff is a "non taxpayer"? A "non taxpayer", which is the status of most Americans, is outside the jurisdiction of the I.R.C. And NO JUDGE can lawfully apply the provisions of the I.R.C. To those who are NOT"taxpayers" or who do not consent to be "taxpayers" . The same thing applies to the IRS as well. Plaintiff also asked is there a **Contract** in place, signed under Penalty of perjury,with full disclosure? If this in not enough to RECUSE Judge Selna, then read the following.

1. **Refusal to authorize Service of Summons** on the Department of Justice. Plaintiff has requested the Clerk of the Court to get the Summons approved for service on 3 different times, January 7, February 1, and 18, / 2021, to this date I have not been able to serve the Summons and Judge Selna has severely interfered with the

"Diversity of Citizenship" Claim based on Article III, section 2 of the U.S. Constitution and 18 U.S.C §241-Conspiracy against rights of citizens and 42 U.S.C §1983 Deprivation of civil rights,Under the U.S. / California Constitution.          **2**

outcome.

2. **<u>Not filing in Forma Pauperis</u>**. Judge Selna refused to file documents,

in the face of Supreme Court rulings on Judicial Notice.

**A.** Take Mandatory Judicial Notice and Cognizance under (Federal

Rules of Evidence 201 (d) that "plaintiff", has a lawful right to

proceed without cost, based upon the following case law:

*"The U.S. Supreme Court has ruled that a <u>natural individual</u> entitled to
relief is "entitled to free access to the natural peoples judicial tribunals and
public offices in every <u>**State of the Union.**</u>"*

**B.** The US Supreme Court has ruled that a **<u>natural person entitled to</u>**

**<u>relief</u>** is "entitled to free access to its judicial tribunals and public

offices in every State of the Union" *<u>(2 Black 620, see also Crandell v</u>*

*<u>Nevada, 6 Wall 35]</u>.*"Plaintiff should not be charged fees or costs for

the lawful and Constitutional Right to petition this court in this matter

in which I am entitled to relief, as it appears that the filing fee rule

was originally implemented for fictions and subjects of the **State** and

should not be applied to the Plaintiff who is a <u>natural individual and</u>

<u>entitled to relief</u>" *<u>Hale v  Henkel, 201 US 43.</u>*

3. **<u>Department of Justice is to defend the rights of the people</u>** and

Judge Selna, has blocked Plaintiff's "Service of Summons".

"Diversity of Citizenship" Claim based on Article III, section 2 of the U.S. Constitution and 18 U.S.C. §241-
Conspiracy against rights of citizens and 42 U.S.C §1983 Deprivation of civil rights,Under the U.S. / California
Constitution.                                                   3

Bellospirito v.DOJ   Case # 8:21-cv-00051 JVS (DFMx)   Document 6 Objection  filed          March 31, 2021

*United States v. Chadwick, 433 U.S. l at 16 (1976)*
*"It is deeply distressing that the Department of Justice, whose mission is to protect the Constitutional liberties of the people of the United States, should even appear to be seeking to subvert them by extreme and dubious legal argument."*

**4.** Judge Selna continues to enforce "statutory laws" on a flesh and blood natural person. Plaintiff has explained he is not a legal person, artificial person or U.S. citizen.

" <u>Under basic rules of construction, statutory laws enacted by legislative bodies cannot impair rights given under a constitution. 194 B.R. ( Bank r, M.D. Fla. 1991)</u>

"When **<u>enforcing mere statutes</u>**, judges of all courts **<u>do not act judicially</u>** (and thus are **<u>not protected</u>** by **<u>"qualified"</u>** or **<u>"limited immunity,"</u>** - <u>**SEE:** Owen v. City,</u> 445 U.S. 662; <u>**Bothke v. Terry**,</u> 713 F2d 1404) - - **"but merely act as an extension as an agent for the involved agency -- but <u>only in a "ministerial"</u> and <u>not a "discretionary capacity</u>..."** Thompson v. Smith, 154 S.E. 579, 583; **<u>Keller v. P.E.</u>,** 261 US 428; <u>**F.R.C. v. G.E.**</u>, 281, U.S. 464.

**Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. <u>Bauers v. Heisel</u>,** C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also **<u>Muller v. Wachtel</u>,** D.C.N.Y. 1972, 345 F.Supp. 160; **<u>Rhodes v. Houston,</u>** D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert.

"Diversity of Citizenship" Claim based on Article III, section 2 of the U.S. Constitution and 18 U.S.C. §241-Conspiracy against rights of citizens and 42 U.S.C §1983 Deprivation of civil rights, Under the U.S. / California Constitution.                                                                  4

Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied

285 F.Supp. 546)

When any court violates the clean and unambiguous language of the

Constitution, a fraud is perpetrated and no one is bound to obey it.

*(See 16 Ma. Jur. 2d 177, 178)* **_State v. Sutton_**, *63 Minn. 147, 65 NW*

*262, 30 L.R.A. 630 Am. 459.*

"Judge Selna, acted in the face of clearly valid statutes and case law

expressly depriving him of (personal) jurisdiction and would be

liable*." Dykes v. Hosemann, 743 F.2d 1488 (1984).*

"In such case the judge has lost his judicial function, has become a

mere private person, and is liable as a trespasser for damages resulting

from his unauthorized acts."

**United States District Courts** have ONLY such jurisdiction as is

conferred by an **"Act of Congress"** under the Constitution. U.S.C.A.

Const. Art. 3, sec. 2; 28 U.S.C.A. 1344 *[Hubbard v. Ammerman, 465*

*F 2d 1169 (5ᵗʰ Cir., 1972)]*

**The United States district courts** are **not** courts of general

jurisdiction. They have **no jurisdiction** except as prescribed by

Congress pursuant to Article III of Constitution. *[Graves v. Snead,*

*541 F.2d 159 (6ᵗʰ Cir.,, 1976)]*

"Diversity of Citizenship" Claim based on Article III, section 2 of the U.S. Constitution and 18 U.S.C. §241-
Conspiracy against rights of citizens and 42 U.S.C §1983 Deprivation of civil rights,Under the U.S. / California
Constitution.

Federal judges do not have discretionary powers in courts of law; their positions are that of magistrate, they are not the tribunal, a written decision by a district judge proves it is not to be a <u>court of record</u>. Judge Selna has used his position to harm and damage the Plaintiff in the past and now. "A **court of record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the **course of common law.** *[Jones v. Jones, 188 Mo, App. 220, 175 S.W. 227, 229; Ex Parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689].*

The operating of a "deceptive" UNITED STATES DISTRICT COURT <u>not of record</u> under guise of court of law on the soil of the 50 united States of America is a conspiracy to overthrow the United States of America, the epitome of RICO in violation of 18 U.S.C. §1962(c), a direct violation of Article IV section 4, and Article VI paragraph 2.

Whereas the duty of a magistrate/judges are to uphold the common law,[10] to guarantee to every state in this union a republican form of government, and protect each of them against invasion.

[10] "Diversity of Citizenship" Claim based on Article III, section 2 of the U.S. Constitution and 18 U.S.C. §241-Conspiracy against rights of citizens and 42 U.S.C §1983 Deprivation of civil rights,Under the U.S. / California Constitution.