UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Bellospirito<br><br>    Plaintiff,<br><br>v<br><br>Department of Justice, *et al.*,<br><br>    Defendants. | CASE NO.  SACV 21-0051(DFMx)<br><br>ORDER DENYING MOTION TO RECUSE |

        As a preliminary matter, this case was dismissed on February 9, 2021 as frivolous.  (Docket No. 9.)

        Nevertheless, on April 2, 2021, plaintiff Frank Bellospirito ("Bellospirtio") filed a Motion to Disqualify the assigned District Judge.  (Docket No. 6.)  Pursuant to recent amendments in the Court's General Orders, this Court considers and resolves the present Motion.

        Bellospirtio does not state a legal basis for recusing the District Judge, but the Court assumes he is proceeding under 28 U.S.C. § 455, the general recusal statute.  For the reasons set forth below, the Court finds that the Motion is without merit, and denies the Motion.

I.      Disqualification under Section 455.

Section 455(a) provides a broad, fact-driven rule for disqualification: "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a).  The fact that a judge has made rulings adverse to a party, standing alone, is not a basis for disqualification.  Liteky v. United States, 510 U.S. 540, 555 (1994); United States v. Hernandez-Escarsega, 886 F.2d 1560, 1581 (9th Cir. 1989).

A judge's adverse rulings, without more, will not support recusal.  Litkey, 510 U.S. at 555.  There is nothing more here.  There is no external evidence of personal bias or conflict.  For present purposes, "personal bias" means a bias derived from extra-judicial origins, as opposed to an opinion formed during the course of litigation.  Craven v. Unites States, 22 F.2d 605, 607 (1st Cir. 1927); accord United States v. Carignan, 600 F.2d 762, 763-64 (9th Cir. 1979).

II.     Conclusion.

Bellosprito's Motion to disqualify the District Judge is denied.

Dated: April 5, 2021

_____
James V. Selna
United States District Judge

2